# Staunton

GEORGE CONDON SHACKLEFORD V. COMMONWEALTH.

September 19, 1935.

*W. L. Devany, Jr.,* for the plaintiff in error.

*Abram P. Staples, Attorney-General,* and *Edwin H. Gibson, Assistant Attorney-General,* for the Commonwealth.